UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SACRAMENTO PUBLIC LIBRARY AUTHORITY,<br><br>            Plaintiff,<br><br>     v.<br><br>SACRAMENTO PUBLIC LIBRARY FOUNDATION; APRIL L. JAVIST, its Executive Director; and JAMES DEERINGER, its President,<br><br>            Defendants. | No. 2:20-cv-00678-WBS-KJN<br><br>ORDER |

----oo0oo----

Pursuant to the discussion with the parties at the hearing on defendants' motion to dismiss held July 27, 2020, the parties agree to an early settlement conference with the assigned magistrate judge. The parties shall forthwith contact Magistrate Judge Kendall J. Newman's courtroom deputy to schedule the settlement conference. Each party is ordered to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any

1

1  terms.
2         No later than 12:00 p.m. (noon) seven calendar days
3  before the settlement conference, counsel for each party shall
4  submit a Confidential Settlement Conference Statement via email
5  to kjnorders@caed.uscourts.gov.  The parties may agree, or not,
6  to serve each other with the Confidential Settlement Conference
7  Statements.  The Confidential Settlement Conference Statements
8  shall not be filed with the clerk and shall not otherwise be
9  disclosed to the trial judge.  However, each party shall e-file a
10 one-page document entitled "Notice of Submission of Confidential
11 Settlement Conference Statement."
12        IT IS SO ORDERED.
13
14 Dated:  July 28, 2020

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

2