HANSON BRIDGETT LLP
ANDREW W. STROUD, SBN 126475
ROSANNA W. GAN, SBN 325145
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 491-3050
Facsimile:   (916) 491-3074

OFFICE OF THE SACRAMENTO CITY ATTORNEY
JENNIFER V. GORE, SBN 232489
jvgore@cityofsacramento.org
915 I Street, 4th Floor
Sacramento CA 95814
Telephone:   (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for Plaintiff SACRAMENTO
PUBLIC LIBRARY AUTHORITY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| SACRAMENTO PUBLIC LIBRARY AUTHORITY,<br><br>    Plaintiffs,<br><br>    v.<br><br>SACRAMENTO PUBLIC LIBRARY FOUNDATION; APRIL L. JAVIST, its Executive Director; and JAMES DEERINGER, its President,<br><br>    Defendant. | Case No. 2:20-CV-00678-KJN<br><br>**STIPULATION AND ORDER FOR JUDICIAL APPROVAL OF SETTLEMENT AGREEMENT**<br><br>Judge:   Hon. Kendall J. Newman |

Plaintiff SACRAMENTO PUBLIC LIBRARY AUTHORITY ("Plaintiff") and Defendants SACRAMENTO PUBLIC LIBRARY FOUNDATION; APRIL L. JAVIST, its Executive Director; and JAMES DEERINGER, its President ("collectively "Defendants"), jointly present this Stipulation requesting that the Court approve the Settlement Agreement and dismiss the action with prejudice based on the following:

   A.   WHEREAS this Court conducted a multi-day Settlement Conference before this Court;

-1-
STIPULATION AND ORDER FOR JUDICIAL APPROVAL OF SETTLEMENT AGREEMENT

16922783.1

B.	WHEREAS the Parties to this litigation appeared and participated in good faith in the Settlement Conference in order to resolve this action;

C.	WHEREAS the terms of the settlement reached between the Parties were put on the record by this Court on September 24, 2020; and,

D.	WHEREAS the Parties have now memorialized the terms of their settlement in a final Settlement Agreement executed by the Parties and have jointly stipulated and agreed that this Court should review and approve the Settlement Agreement.

NOW, THEREFORE, IT IS HEREBY ORDERED, as follows:

1.	The Settlement Agreement executed by the Parties and attached hereto as Exhibit 1 is hereby APPROVED in all respects as being in the best interests of the Parties and their donors;

2.	Pursuant to the terms set forth in the Settlement Agreement, the Parties are hereby instructed to serve a copy of this Order and the Settlement Agreement on the Office of the Attorney General of the State of California in order to seek approval by the Attorney General's Office of the Settlement Agreement including the asset transfers and the transactions contemplated in this Settlement Agreement, and to advise the Attorney General's office that: (i) this Court had approved of the Settlement Agreement including the asset transfers and the transactions contemplated therein; and (ii) the Parties request that within 30 days the Attorney General approve in writing the Settlement Agreement including the asset transfers and the Transactions contemplated in the Settlement Agreement.

3.	This Court shall retain jurisdiction over this matter to the extent provided for by the Parties in the Settlement Agreement.

| | |
|---|---|
| DATED: January 25, 2021 | HANSON BRIDGETT LLP |
| | By:    /s/ *Andrew W. Stroud* <br> ANDREW W. STROUD <br> ROSANNA W. GAN <br> Attorneys for Plaintiff SACRAMENTO PUBLIC LIBRARY AUTHORITY |
| DATED: January 25, 2021 | MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| | By:    /s/ *Michael R. O'Neil* <br> MICHAEL R. O'NEIL <br> Attorney for Defendants SACRAMENTO PUBLIC LIBRARY FOUNDATION; APRIL L. JAVIST, its Executive Director; and JAMES DEERINGER, its President |

IT IS SO ORDERED.

Dated: January 25, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE