HANSON BRIDGETT LLP
ANDREW W. STROUD, SBN 126475
ROSANNA W. GAN, SBN 325145
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:  (916) 491-3050
Facsimile:  (916) 491-3074

OFFICE OF THE SACRAMENTO CITY ATTORNEY
JENNIFER V. GORE, SBN 232489
jvgore@cityofsacramento.org
915 I Street, 4th Floor
Sacramento CA 95814
Telephone:  (916) 808-5346
Facsimile:  (916) 808-7455

Attorneys for Plaintiff SACRAMENTO
PUBLIC LIBRARY AUTHORITY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| SACRAMENTO PUBLIC LIBRARY AUTHORITY,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO PUBLIC LIBRARY FOUNDATION; APRIL L. JAVIST, its Executive Director; and JAMES DEERINGER, its President,<br><br>Defendants. | Case No. 2:20-CV-00678-KJN<br><br>**JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>**FRCP 41** |

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41, and in consideration of a negotiated settlement executed by them, do hereby stipulate to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

DATED:  March 22, 2021                     HANSON BRIDGETT LLP

By: /s/ *Andrew W. Stroud*
ANDREW W. STROUD
ROSANNA W. GAN
Attorneys for Plaintiff SACRAMENTO PUBLIC LIBRARY AUTHORITY

DATED:  March 22, 2021                     MURPHY AUSTIN ADAMS SCHOENFELD LLP

By: /s/ *Michael R. O'Neil*
MICHAEL R. O'NEIL
Attorney for Defendants SACRAMENTO PUBLIC LIBRARY FOUNDATION; APRIL L. JAVIST, its Executive Director; and JAMES DEERINGER, its President

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 41, this action is hereby ordered dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Dated:  March 29, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE